# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

United States District Court
Southern District Of Texas
FILED
MAY 22 2019
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Ruben Alejandro FLORES-Alcala**

AKA:
**IAE**     YOB: 1994
**Mexico**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: **M-19-1170-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 20, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On May 20, 2019, Ruben Alejandro FLORES-Alcala a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Roma, Texas. Record checks revealed the defendant was formally removed from the United States to Mexico on July 18, 2018 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about February 20, 2019 by wading the Rio Grande River at or near Roma, Texas. On October 18, 2016, the defendant was convicted of 8 USC 1324, transporting an alien within the United States for private financial gain and sentenced to six (6) months to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA A. Henning
5/22/19

Signature of Complainant

**Maurice Sanchez**     **Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

**May 22, 2019**
Date

at **McAllen, Texas**
City and State

**J. Scott Hacker**     **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer